RECEIVED

NOV 0 6 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOHN FITZGERALD HEARD | CRIMINAL NO. 13-cv-0043 |
| VERSUS | JUDGE WALTER |
| WILLIE FRED KNOWLES, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motions to Dismiss (Docs. 31 and 47)** based on untimely service are **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 6th day of November, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE